**Opinion issued July 7, 2016**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-15-01112-CV

_____

## BARBARA WILLIAMS, Appellant

## V.

## VILLAGES OF BEAR CREEK HOMEOWNERS ASSOCIATION, Appellee

On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2015-31767

## MEMORANDUM OPINION

Appellant, Barbara Williams, proceeding *pro se*, has failed to timely file her

appellate brief. *See* TEX. R. APP. P. 38.6(a), (d), 38.8(a)(1). After being notified by

the Clerk of this Court on April 27, 2016, that this appeal was subject to dismissal if

she failed to timely file her appellate brief within ten days of the date of that notice, appellant failed to timely respond. *See id.* 38.8(a)(1), 42.3(c).

Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

**PER CURIAM**

Panel consists of Justices Keyes, Brown, and Huddle.